UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


KERRY L. WILSON                                    CIVIL ACTION

VERSUS                                             NUMBER: 18-9836

EVONIK CORPORATION                                 SECTION: "B"(5)
d/b/a EVONIK INDUSTRIES, ET AL.

## ORDER

Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana

requires that memoranda in opposition to a motion be filed no later than eight days prior to

the date set for submission of the motion.  No memoranda in opposition to Defendants'

Motion to Dismiss (rec. doc. 7), set for submission on February 27, 2019, has been filed,

timely or otherwise.  Accordingly, the motion is deemed to be unopposed, and further, it

appearing to the Court that the motion has merit,

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss (rec. doc. 7) should be and is

hereby **GRANTED**.

A motion for reconsideration of this order based on the appropriate Federal Rule of

Civil Procedure, if any, must be filed within 15 days.  The motion for reconsideration must

be accompanied by an opposition memorandum to the original motion.  Because a motion

for reconsideration would not have been necessary had a timely opposition memorandum

been filed, the costs incurred in connection with the motion, including attorney's fees, will

be assessed against the party moving for reconsideration.  *See* Rules 16, 83, Fed. R. Civ. P.  A

statement conforming to Local Rule 54.2 shall be submitted by those parties desiring to be

awarded attorney's fees in advance of the noticed submission date of the motion for reconsideration.

New Orleans, Louisiana, this ___6th___ day of _____March_____, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE