UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KERRY L. WILSON | CIVIL ACTION |
| VERSUS | NUMBER: 18-9836 |
| EVONIK CORPORATION<br>d/b/a EVONIK INDUSTRIES, ET AL. | SECTION: "B"(5) |

## JUDGMENT

The Court, having considered the record, the applicable law, and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of Defendants and against Plaintiff, dismissing Plaintiff's suit with prejudice.

New Orleans, Louisiana, this  22nd  day of       March       , 2019.

---
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE